IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01873-ZLW-MEH

JOAN MCDONALD,

    Plaintiff,

v.

WELCH EQUIPMENT COMPANY, a Colorado corporation;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 22, 2007.**

Based upon the parties' agreement, and the entire record herein, Plaintiff's Unopposed Motion for Stipulated Protective Order [<u>Filed January 19, 2007; Docket #12</u>] is **granted**. The Court will sign the Protective Order and enter it on the record.