IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01873-ZLW-MEH

JOAN McDONALD,

    Plaintiff,

v.

WELCH EQUIPMENT COMPANY, a Colorado corporation,

    Defendant.

---

ORDER

---

In consideration of the Minute Order entered on March 30, 2007, by Magistrate Judge Michael E. Hegarty, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before April 20, 2007. If by that date settlement papers have not been received by the Court, on April 27, 2007, the case will be dismissed without prejudice. It is

FURTHER ORDERED that the continued hearing on the Motion To Withdraw, set for Thursday, April 19, at 2:00 p.m., remains on the Court's calendar, but will be vacated if settlement papers are filed prior to the hearing.

DATED at Denver, Colorado, this __11__ day of April, 2007.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court