IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01873-ZLW-MEH

JOAN McDONALD,

    Plaintiff,

v.

WELCH EQUIPMENT COMPANY, a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL

The matter before the Court is a Stipulated Motion To Dismiss With Prejudice, signed by the attorneys for the parties hereto. In consideration thereof, it is

ORDERED that the Stipulated Motion For Dismissal With Prejudice is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys fees. It is

FURTHER ORDERED that the continued hearing on the Motion To Withdraw, set for Thursday, April 19, at 2:00 p.m., is vacated, and the Motion To Withdraw is moot.

DATED at Denver, Colorado, this __18__ day of April, 2007.

                                              BY THE COURT:

                                              */s/ Zita L. Weinshienk*
                                             ZITA L. WEINSHIENK, Senior Judge
                                             United States District Court

, remains on the Court's calendar, but will be vacated if settlement papers are filed prior to the hearing.

DATED at Denver, Colorado, this __11__ day of April, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court